1 | BRUCE J. NAPELL (State Bar No. 115116)
bjnlaw@pacbell.net
2 | LAW OFFICE OF BRUCE NAPELL
584 Woodbine Drive
3 | San Rafael, California 94903
Telephone: (707) 291-2245
4 | Facsimile:  (415) 785-2857

5 | Attorneys for Defendants

6

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10

11 | PETER MENDOZA,                    CASE NO.: 10-CV-4978 EDL

12 | Plaintiff,

13 |      vs.                          **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

14 | MAYA PALENQUE RESTAURANT;
FREEWILL HOLDINGS, INC dba MAYA
15 | PALENQUE; YOUNG DUGAN; MI
CASA PROPERTIES, LLC; and DOES 12-
16 | 10, INCLUSIVE,

17

18 | Defendants.

19

20

21

22

23 | **STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE**

24 |          1.      On November 21, 2011, the Court granted Plaintiff's motion for relief from

25 | General Order 56, and set this matter for a Case Management Conference on December 13.

26 |          2.      Defendants' counsel, a sole practitioner, will be out of the country on a

27 | family vacation between December 12 and December 25, 2011.  He will therefore not be able to

28 | attend a Case Management Conference on December 13.

*Vertical left margin:* LAW OFFICE OF BRUCE NAPELL
1584 Woodbine Drive, San Rafael, CA 94903
(707) 291-2245   (415) 785-2857 Fax

1

LAW OFFICE OF BRUCE NAPELL
1584 Woodbine Drive, San Rafael, CA 94903
(707) 291-2245   (415) 785-2857 Fax

1      3.      Upon receipt of notice of the CMC date, Defendants' counsel notified

2   Plaintiff's counsel of his scheduling conflict, and requested a stipulation to continue the

3   CMC.  Plaintiff's counsel agreed, and selected Tuesday, January 3, 2012 as the new date.

4

5                              **STIPULATION**

6      All parties, through their respective counsel hereby stipulate that, subject to Court

7   approval, the Case Management Conference scheduled for December 13, 2011 is continued to
                        10:00 a.m.
8   January 3, 2012 at ~~3:00 p.m.~~, in Courtroom E.  A joint Case Management Conference Statement

9   shall be filed no later than December 28, 2011

10  Dated: November 23, 2011          By:_____/s/_____
                                            Bruce Napell
11                                          Law Office of Bruce Napell
12                                          584 Woodbine Drive
                                            San Rafael, CA 94903
13                                          707-291-2245
                                            Attorney for Defendants
14

15

16                                    By:_____/s/_____
                                            Catherine M. Cabalo
17                                          Law Offices of Paul L. Rein
                                            200 Lakeside Drive, Suite A
18                                          Oakland, CA 94612
19                                          510/832-5001
                                            Attorney for Plaintiff Peter Mendoza

20
                      30
21  Dated November ~~29~~, 2011          PURSUANT TO STIPULATION, IT IS SO ORDERED:

22

23

24              *Elijah D. Laporte*

25                                          JUDGE
26                                          United States District Court
                                            Northern District of California

27

28

                                            2