1 | PAUL L. REIN, State Bar No. 43053
2 | CELIA MCGUINNESS, State Bar No. 159420
  | CATHERINE M. CABALO, State Bar No. 248198
3 | LAW OFFICES OF PAUL L. REIN
  | 200 Lakeside Drive, Suite A
4 | Oakland, CA 94612
  | Telephone: (510) 832-5001
5 | Facsimile: (510) 832-4787
  | reinlawoffice@aol.com

6 | Attorneys for Plaintiff
7 | PETER MENDOZA

8 | *Defendants and their counsel listed after the caption.

9

10 | UNITED STATES DISTRICT COURT

11 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

| PETER MENDOZA, | Case No. C10-CV-4978 EDL |
|---|---|
| Plaintiff, | Civil Rights |
| v. | **STIPULATION TO CONSENT TO THE JURISDICTION OF U.S. MAGISTRATE JUDGE DONNA M. RYU AND [PROPOSED] ORDER** |
| MAYA PALENQUE RESTAURANT; FREEWILL HOLDINGS, INC. dba MAYA PALENQUE; YOUNG DUGAN; MI CASA PROPERTIES, LLC; and DOES 1-10, Inclusive, | |
| Defendants. | |

20 | BRUCE NAPELL, State Bar No. 115116
   | LAW OFFICE OF BRUCE NAPELL
21 | 584 Woodbine Drive
   | San Rafael, California 94903
22 | Telephone: (707) 291-2245
   | Facsimile: (415) 785-2857
23 | bjnlaw@pacbell.net

24 | Attorney for Defendants
   | MAYA PALENQUE RESTAURANT;
25 | FREEWILL HOLDINGS, INC. dba
   | MAYA PALENQUE; YOUNG DUGAN;
26 | MI CASA PROPERTIES, LLC

27

28 | CONSENT TO THE JURISDICTION OF
   | U.S. MAGISTRATE JUDGE DONNA M. RYU
   | AND [PROPOSED] ORDER
   | Case No. C10-CV-4978 EDL
   | S:\CASES\M\MAYA PALENQUE\PLEADINGS\2012 03 19 Stipulated Order to Consent to DMR (FINAL).doc

## STIPULATION

In accordance with the provisions of Title 28, U.S.C. Sec. 636(c )(1), the undersigned hereby voluntarily consent to have United States Magistrate Judge Donna M. Ryu conduct all further proceedings in this case, including trial and entry of final judgment, with direct review by the Ninth Circuit Court of Appeals, in the event an appeal is filed.

Dated: March 19, 2012   **LAW OFFICES OF PAUL L. REIN**

By:___/s/ Catherine Cabalo_____
Catherine Cabalo
Attorneys for Plaintiff Peter Mendoza

Dated: March 19, 2012   **LAW OFFICE OF BRUCE NAPELL**

By:___/s/ Bruce Napell_____
Bruce Napell
Attorney for all Defendants

- 2 -

**ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED. If Magistrate Judge Donna M. Ryu accepts this referral, this action is reassigned to Magistrate Judge Ryu on the date this Order is filed, and any matter scheduled before the undersigned Judge is vacated.

Dated: March 22, 2012



_____
Honorable Elizabeth D. Laporte
United States Magistrate Judge

- 3 -

CONSENT TO THE JURISDICTION OF
U.S. MAGISTRATE JUDGE DONNA M. RYU
AND [PROPOSED] ORDER
Case No. C10-CV-4978 EDL
S:\CASES\M\MAYA PALENQUE\PLEADINGS\2012 03 19 Stipulated Order to Consent to DMR (FINAL).doc

# FILER'S ATTESTATION

Pursuant to General Order 45, section X(B), I hereby attest that on March 19, 2012, I, Catherine Cabalo, received the concurrence of Bruce Napell in the filing of this document.

/s/ Catherine Cabalo
Catherine Cabalo

- 4 -

CONSENT TO THE JURISDICTION OF
U.S. MAGISTRATE JUDGE DONNA M. RYU
AND [PROPOSED] ORDER
Case No. C10-CV-4978 EDL
S:\CASES\M\MAYA PALENQUE\PLEADINGS\2012 03 19 Stipulated Order to Consent to DMR (FINAL).doc