1  PAUL L. REIN, State Bar No. 43053
   CELIA MCGUINNESS, State Bar No. 159420
2  CATHERINE M. CABALO, State Bar No. 248198
   LAW OFFICES OF PAUL L. REIN
3  200 Lakeside Drive, Suite A
   Oakland, CA  94612
4  Telephone:  (510) 832-5001
   Facsimile:  (510) 832-4787
5  reinlawoffice@aol.com

6  Attorneys for Plaintiff
   PETER MENDOZA
7

8  *Defendants and their counsel listed after the caption.

9

10                UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  PETER MENDOZA,
                                          Case No. C10-CV-4978 EDL
              Plaintiff,
14                                        Civil Rights
        v.
15                                        **STIPULATION TO CONSENT TO
    MAYA PALENQUE RESTAURANT;             THE JURISDICTION OF U.S.
16  FREEWILL HOLDINGS, INC. dba           MAGISTRATE JUDGE DONNA
    MAYA PALENQUE; YOUNG                  M. RYU AND [PROPOSED]
17  DUGAN; MI CASA PROPERTIES,            ORDER**
    LLC; and DOES 1-10, Inclusive,
18
              Defendants.
19

20  BRUCE NAPELL, State Bar No. 115116
    LAW OFFICE OF BRUCE NAPELL
21  584 Woodbine Drive
    San Rafael, California 94903
22  Telephone: (707) 291-2245
    Facsimile:  (415) 785-2857
23  bjnlaw@pacbell.net

24  Attorney for Defendants
    MAYA PALENQUE RESTAURANT;
25  FREEWILL HOLDINGS, INC. dba
    MAYA PALENQUE; YOUNG DUGAN;
26  MI CASA PROPERTIES, LLC

27
    ─────────────────────────────────────
28  CONSENT TO THE JURISDICTION OF
    U.S. MAGISTRATE JUDGE DONNA M. RYU
    AND [PROPOSED] ORDER
    Case No. C10-CV-4978 EDL
    S:\CASES\M\MAYA PALENQUE\PLEADINGS\2012 03 19 Stipulated Order to Consent to DMR (FINAL).doc

# STIPULATION

In accordance with the provisions of Title 28, U.S.C. Sec. 636(c )(1), the undersigned hereby voluntarily consent to have United States Magistrate Judge Donna M. Ryu conduct all further proceedings in this case, including trial and entry of final judgment, with direct review by the Ninth Circuit Court of Appeals, in the event an appeal is filed.

Dated: March 19, 2012 **LAW OFFICES OF PAUL L. REIN**

By: /s/ Catherine Cabalo
Catherine Cabalo
Attorneys for Plaintiff Peter Mendoza

Dated: March 19, 2012 **LAW OFFICE OF BRUCE NAPELL**

By: /s/ Bruce Napell
Bruce Napell
Attorney for all Defendants

- 2 -

CONSENT TO THE JURISDICTION OF
U.S. MAGISTRATE JUDGE DONNA M. RYU
AND [PROPOSED] ORDER
Case No. C10-CV-4978 EDL
S:\CASES\M\MAYA PALENQUE\PLEADINGS\2012 03 19 Stipulated Order to Consent to DMR (FINAL).doc

# ORDER

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED. If Magistrate Judge Donna M. Ryu accepts this referral, this action is reassigned to Magistrate Judge Ryu on the date this Order is filed, and any matter scheduled before the undersigned Judge is vacated.

Dated: __March 22__, 2012



_____
Honorable _____
United _____
Judge Elizabeth D. Laporte

- 3 -

**FILER'S ATTESTATION**

Pursuant to General Order 45, section X(B), I hereby attest that on March 19, 2012, I, Catherine Cabalo, received the concurrence of Bruce Napell in the filing of this document.

              /s/ Catherine Cabalo
              Catherine Cabalo

CONSENT TO THE JURISDICTION OF
U.S. MAGISTRATE JUDGE DONNA M. RYU
AND [PROPOSED] ORDER
Case No. C10-CV-4978 EDL
S:\CASES\M\MAYA PALENQUE\PLEADINGS\2012 03 19 Stipulated Order to Consent to DMR (FINAL).doc